Veronika Fabian, State Bar 018770
Hyung S. Choi, State Bar 015669
CHOI & FABIAN, PLC
1423 S. Higley Rd., Suite 110
Mesa, AZ 85206
Tel:  (480) 517-1400
Fax:  (480) 517-6955
hyung@choiandfabian.com
veronika@choiandfabian.com

O. Randolph Bragg
*Admitted Pro Hac Vice*
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673
rand@horwitzlaw.com

Attorneys for Plaintiff Tillman

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ushondra Tillman, on behalf of herself and those similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC,<br><br>    Defendants. | CV-08-8142-PCT-DKD<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR AT RULE 16 SCHEDULING CONFERENCE VIA TELEPHONE** |

Plaintiff seeks leave of the Court for co-counsel O. Randolph Bragg to attend the Rule 16 Scheduling Conference currently set for December 3, 2009 at 10:30 a.m. via telephone, as follows:

1. Plaintiff has retained Mr. Bragg as co-counsel because of his experience in FDCPA class actions. Therefore, it is important that he participate in the Rule 16 scheduling conference, during which the Court intends to address class certification issues.

2. However, Mr. Bragg would prefer not to unnecessarily incur any additional fees and costs to travel from Illinois to Arizona for the Rule 16 Conference. Plaintiff's local counsel will appear in person at the Conference.

2. The telephonic appearance of Plaintiff's co-counsel will not prejudice any party and will not hamper the efficient running of the Rule 16 Conference.

3. Defendants' counsel has no objection to Mr. Bragg's request for to appear by telephone.

For the foregoing reasons, Plaintiff respectfully requests leave to allow Mr. Bragg to appear at the scheduling conference via telephone.

DATED this 18th day of November, 2009.

CHOI & FABIAN, PLC

  Veronika Fabian /s/  
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the content of the document is acceptable to all persons required to sign the document and that on November 18, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Pat Esquivel  
> JEROLD KAPLAN LAW OFFICE, P.C.  
> 2738 E. Washington Street  
> Phoenix, AZ 85034

CHOI & FABIAN, PLC

  Dinah Lee  /s/  
Legal Assistant