IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ushondra Tillman,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Cavalry Portfolio<br><br>　　　　Defendant. | No. CIV 08-8142-PCT-DKD<br><br>**ORDER** |

Upon stipulation of the parties (Doc. #77), and good cause showing,

**IT IS ORDERED** that Plaintiff's claims against Defendants Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC, be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 14th day of April, 2010.

　　　　　　　　　　　　　　　　David K. Duncan
　　　　　　　　　　　　　　　　United States Magistrate Judge